**No. 69057.**—Advance Pet Supply Co. *v.* United States, protests 63/22589, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic feeders and fountains similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained .

**No. 69058.**—A. Simkins & Co. *v.* United States, protests 64/6231, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of wall ornaments similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (47 Cust. Ct. 112, C.D. 2289), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 3, 1965

**No. 69059.**—Seedman International Corp. *v.* United States, protests 63/13408 and 63/15351 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of cycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.